IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY WILSON, JR., | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 18-00506-WS-B |
| ANDREW M. SAUL,<br>Commissioner of Social<br>Security, | * |
| Defendant. | * |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 25, 2019 (Doc. 17), is **ADOPTED** as the opinion of this Court.

**DONE** this 1st day of **August, 2019.**

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**