# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY WILSON, JR., | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 18-00506-WS-B |
| ANDREW M. SAUL, Commissioner of Social Security, | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on August 1, 2019, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Defendant's Unopposed Motion for Remand (Doc. 16) is **GRANTED,** and that the decision of the Commissioner of Social Security denying Plaintiff benefits is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). See Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991). The remand pursuant to sentence four of § 405(g) makes Plaintiff the prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

**DONE** and **ORDERED** this 1st day of **August, 2019.**

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**