```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

| | |
|---|---|
| JOHNNY WILSON, JR., | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 18-00506-WS-B |
| | * |
| ANDREW M. SAUL, | * |
| Commissioner of Social | * |
| Security, | * |
| | * |
|     Defendant. | * |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 30, 2019 (Doc. 24), is **ADOPTED** as the opinion of this Court.

**DONE** this **9th** day of **January, 2020.**

                                                S/William H. Steele
                                          **UNITED STATES DISTRICT JUDGE**